UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kimberly Crosson
(Howes)

Plaintiff(s)

v.

State of Maine AG, Gov of,
County of Penobscot, Sheriff
+ deputies involved, Town of
Garland, Admins of, Lori Keefe,
John Sears, William Fyckett
all unknown involved

Defendant(s) John + Jane Does
Maine State Police + troopers
Involved

COMPLAINT

**Parties to this Complaint**

Plaintiff(s)'s Name, Address and Phone Number

Kimberly Crosson (Howes)   Physical address
Safe address              400 Oliver Hill Rd
PO Box 30                 Garland, Me 04939
Seabrook, NH 03939

Defendant(s)'s Name, Address and Phone Number

Janet Mills Gov of Maine 210 State St 04333
1 State House Station Augusta, Me 04333
Penobscot Cty Sh. Dept   Bangor, Me 85 Hammond St
Town of and Admins       Garland, Me 108 Corinth Rd 04939
William Fyckett          Garland Me Box 109, 04939
Atty General Of          Augusta, Me
Maine State Police       Augusta, Me 42 State House Station
                         45 Commerce Drive 04333

USDCNH-102 (Rev. 5/7/13)    Page 1 of 5

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

Violation of Rights, USC 42 1983, 18 240, 241 242, Violations Const Rights 1, 2, 4, 6, 8, 14 Violation of Civil Rights, Right to life, All human Rights, invasion of privacy law(s) Many civil, human, disability rights to and more/all unknown leading to plaintiff being wrongfully and illegally harassed tormented scared fearing for life + safety at risk, home/land vandalized, all mentioned need to be in prison*

Plaintiff had to flee Maine and for safety purposes not where she desires forcing her residency to be temp NH which Concord would be jurisdiction and liable as plaintiff can/will provide proof of residency and actions are of federal matter*

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

Since May 203 continuous harassment and denial to right of property plaintiff purchased through William Fyckett

This has hindered plaintiff from being safe, have adequate housing, enjoy her rights to life and freedom without torment and torture

Plaintiff includes evidence and exhibits to provide much proof, act + evidence agains defendants

Police Politicians + others employed, friend with on/and related to are all involved threving from me, hiding cases filed in regards to reports of sex trafficking + disappearences of my daughter, burning of my homes, theft of my service dog, stolen + vandalized vehicle, mail not being deliveral Permits denied to move fwd with plans to build

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

Effort to Cease + disist all actions against Plaintiff order immediate personal injury lawsuit punitive damage and distress, All fees waived and award of all to Plaintiff

I Seclate this process

5.5 million
+ All damages

## Jury Demand

☒ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 04/01/2025

Signature: *Kimberly Ausseil (Howes)*