UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| KIMBERLY D. CROSSON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) 1:25-cv-247-LEW |
| | ) |
| ATTORNEY GENERAL, STATE OF MAINE | ) |
| | ) |
| | ) |
| Defendants | ) |

**ORDER AFFIRMING RECOMMENDED DECISION AND IMPOSING COK FILING WARNING**

On June 9, 2025, United States Magistrate Judge John C. Nivison filed with the Court, with copy to the Plaintiff, his Recommended Decision on Plaintiff's alleged violations of her constitutional rights, her civil rights, and her right to privacy. Judge Nivison recommended the Court dismiss Plaintiff's complaint. Judge Nivison recommended the Court issue an order putting Plaintiff on notice that filing restrictions may be appropriate under *Cok v. Family Court of Rhode Island*, 985 F.2d 32, 35 (1st Cir. 1993).

The time within which to file an objection expired on June 23, 2025, and no objection was filed. The Magistrate Judge notified Plaintiff that failure to object would waive her right to *de novo* review and appeal. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with

the recommendation of Magistrate Judge Nivison for the reasons set forth in the Recommended Decision.

Per *Cok*, the Court expressly warns Ms. Crosson that "filing restrictions may be in the offing." *Cok*, 985 F.2d at 35.  This Court has dismissed many complaints asserted by Plaintiff based on Plaintiff's lack of prosecution.  *See* Recommended Decision (ECF No. 6) at 5-6.  Should this pattern continue, Plaintiff will face filing restrictions.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED (ECF No. 6) and a *Cok* warning is issued to the Plaintiff.  The case is dismissed.

**SO ORDERED.**

Dated this 17th day of July, 2025.

/s/ Lance E. Walker
Chief U.S. District Judge